### REX v. PEAS.
A thief may be taken up and tried wherever he carries the stolen goods.

INFORMATION charging said Peas with having feloniously taken and stolen a horse at Rye in the province of New York, and rode him to Farmington in the county of Hartford.

To which information a plea in abatement was given — That the offense is laid to have been committed at Rye in the province of New York, and that the courts in the province of New York only, having jurisdiction of said cause, and not the courts in the colony of Connecticut. Judgment — that the plea is sufficient.

A new information was then exhibited charging said offense to have been committed at Farmington, in the county of Hartford — upon which he was convicted and punished.